IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * <br> * MDL 1332 <br> * <br> * |
| MATTHEW W. O'NEILL | * <br> * |
| v. | * Civil No. JFM-00-1272 <br> * |
| MICROSOFT CORP. | * |

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 2nd day of December 2004

ORDERED

1. Plaintiff's motion to remand to state court or, alternatively, to the transferor district court is denied; and

2. This action is stayed pending the decision of the Wisconsin Supreme Court in *Olstad v. Microsoft Corp.*

/s/
J. Frederick Motz
United States District Judge