

Two Hopkins Plaza, Suite 1800  Telephone 410-244-7400   www.venable.com
Baltimore, Maryland 21201-2978  Facsimile 410-244-7742

G. Stewart Webb, Jr., Esquire      410-244-7565      gswebb@venable.com

October 12, 2005

**BY HAND & ECF FILING**

The Honorable J. Frederick Motz
Chambers 5A
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

    Re:   *Matthew W. O'Neill v. Microsoft Corporation*
             **Civil No. 00-CV-01272-JFM**

Dear Judge Motz:

    I write on behalf of Microsoft Corporation to confirm the schedule for filing by Microsoft of a response to Plaintiff Matthew O'Neill's Request to Lift Stay and Transfer. As I explained to Chambers yesterday, Mr. Barnow, counsel for the Plaintiff, has kindly agreed to allow Microsoft until Friday, October 21, 2005 to file its response. I understand that this schedule is acceptable to the Court, and Microsoft will, accordingly, file its response on October 21.

    Thank you for your consideration of this matter.

                                Very truly yours,

                                G. Stewart Webb, Jr

GSWJr:dmv
cc:  Ben Barnow, Esq., By E-Mail
      David B. Tulchin, Esq., By E-Mail
BA2DOCS1/278604