IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * | |
| | * | |
| This Document Relates To: | * | MDL Docket No. 1332 |
| | * | Hon. J. Frederick Motz |
| *Matthew W. O'Neill v. Microsoft Corp.*, Civil Action No. JFM-00-cv-01272 | * | |

* * * * * * * * * * *

**ENTRY OF APPEARANCE**

Please enter the appearance of G. Stewart Webb, Jr. in the above-captioned matter as attorney for Microsoft Corporation, with the contact information on record with the Court and provided again below.

Respectfully Submitted,

_____/s/_____
G. STEWART WEBB, JR.
Federal Bar No. 00828
Venable, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
Tel: (410) 244-7400
Fax: (410) 244-7742

Attorney for Microsoft Corporation

BA2/278633

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October, 2005, I caused a copy of the foregoing notice to be served via electronic filing and first class mail to:

> Ben Barnow
> Barnow and Goldberg
> One N. LaSalle Street, Suite 4600
> Chicago, IL 60602
> (312) 621-2000

/s/
G. Stewart Webb, Jr.

BA2/278633