IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * <br> * <br> * |
| This Document Relates To: | *    MDL Docket No. 1332 <br>      Hon. J. Frederick Motz |
| *Matthew W. O'Neill v. Microsoft Corp.,* <br> Civil Action No. JFM-00-cv-01272 | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Randolph Stuart Sergent in the above-captioned matter as attorney for Microsoft Corporation, with the contact information on record with the Court and provided again below.

Respectfully Submitted,

_____/s/_____
RANDOLPH STUART SERGENT
Federal Bar No. 23970
Venable, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
Tel: (410) 244-7400
Fax: (410) 244-7742

Attorney for Microsoft Corporation

BA2/278634

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October, 2005, I caused a copy of the foregoing notice to be served via electronic filing and first class mail to:

> Ben Barnow
> Barnow and Goldberg
> One N. LaSalle Street, Suite 4600
> Chicago, IL  60602
> (312) 621-2000

                                        /s/
                              Randolph Stuart Sergent

BA2/278634