IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.                    *
ANTITRUST LITIGATION                     *     MDL 1332
                                         *
                                         *
MATTHEW W. O'NEILL                       *
                                         *
            v.                           *     Civil No. JFM-00-1272
                                         *
MICROSOFT CORP.                          *
                                       *****

ORDER

Upon consideration of the memoranda submitted in connection with plaintiff's request to lift stay and transfer, it is, this 4th day of January 2006

ORDERED

1. Plaintiff's request is granted in part and denied in part;

2. The stay previously entered in this action is lifted;

3. Plaintiff's request that the action be transferred to the Eastern District of Wisconsin is denied; and

4. Counsel are directed to report to the court on or before February 3, 2006 as to how they wish to proceed further in this action.

/s/_____
J. Frederick Motz
United States District Judge