UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

In re MICROSOFT CORP.　　　　　　　　MDL Docket No. 1332 (Motz, J.)
ANTITRUST LITIGATION

This document relates to:

MATTHEW W. O'NEILL, individually and　　　Case No. 00-1272 (JFM)
as representative of all similarly situated　　　(99-C-1477)
individuals,

　　Plaintiff,

　　vs.

MICROSOFT CORPORATION,
1 Microsoft Way
Redmond, WA 98052-8300

　　Defendant.

## STIPULATION

It is hereby stipulated by and between the parties to the above-identified cause, (*O'Neill v. Microsoft Corporation*, Case No. 00-1272 (JFM) (99-C-1477)), through counsel, that the cause be dismissed without prejudice.

_____　　　　　　_____
Ben Barnow, one of the attorneys for　　　David B. Tulchin, one of the attorneys for
Plaintiff Matthew W. O'Neill　　　　　　Microsoft Corporation

Ben Barnow　　　　　　　　　　　　　David B. Tulchin
Barnow and Associates, P.C.　　　　　　Sullivan & Cromwell, LLP
One North LaSalle, Suite 4600　　　　　125 Broad Street
Chicago, IL 60602　　　　　　　　　　New York, NY 10004
(312) 621-2000　　　　　　　　　　　(212) 558-4000

Feb. 2, 2006