UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 FEB -6  D 3: 49

CLERK'S OFFICE

| | |
|---|---|
| In re MICROSOFT CORP.<br>ANTITRUST LITIGATION | MDL Docket No. 1332 (Motz, J.) |

This document relates to:

MATTHEW W. O'NEILL, individually and
as representative of all similarly situated
individuals,

    Plaintiff,

    vs.

MICROSOFT CORPORATION,
1 Microsoft Way
Redmond, WA 98052-8300

    Defendant.

Case No. 00-1272 (JFM)
[99-C-1477 struck through]

## STIPULATION

It is hereby stipulated by and between the parties to the above-identified cause, (*O'Neill v. Microsoft Corporation*, Case No. 00-1272 (JFM) [99-C-1477 struck through]), through counsel, that the cause be dismissed without prejudice.

_____
Ben Barnow, one of the attorneys for
Plaintiff Matthew W. O'Neill

_____
David B. Tulchin, one of the attorneys for
Microsoft Corporation

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle, Suite 4600
Chicago, IL 60602
(312) 621-2000

David B. Tulchin
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

Feb. 2 2006

Approved
[signature]
2/6/06



**VENABLE**LLP

Two Hopkins Plaza, Suite 1800  
Baltimore, Maryland 21201-2978

Telephone 410-244-7400  
Facsimile 410-244-7742

www.venable.com

G. Stewart Webb, Jr., Esquire       410-244-7565       gswebb@venable.com

February 3, 2006

**BY HAND**

The Honorable J. Frederick Motz  
United States District Court - District of Maryland  
U.S. Courthouse, Room 510  
101 West Lombard Street  
Baltimore, Maryland 21202

    Re.   *Matthew W. O'Neill v. Microsoft Corporation*  
           <u>Case No. 00-C-1272</u>

Dear Judge Motz:

    I enclose herewith the original Stipulation for dismissal without prejudice of the above-referenced case. We are today filing this Stipulation electronically as well.

    As you will see, I have changed in handwriting the civil number for the O'Neill case. The Stipulation had an incorrect number; and with the permission of Mr. Barnow and Mr. Tulchin, I changed by hand the civil number to the correct one.

                                            Very truly yours,

                                            G. Stewart Webb, Jr.

GSWJr:dmv  
Enclosure  
cc:   Ben Barnow, Esq., By E-mail  
       David B. Tulchin, Esq., By E-mail  
BA2DOCS1/285888